UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA COLEMAN, et al.,<br><br>　　　　Plaintiffs<br><br>v.<br><br>ROBERT TELLES, et al.<br><br>　　　　Defendants | Case No.: 2:24-cv-00930-APG-MDC<br><br>**Order (1) Granting Unopposed Motion to Voluntarily Dismiss Claims Against Defendant Robert Telles and (2) Denying Telles' Motion to Dismiss as Moot**<br><br>[ECF Nos. 55, 59] |

　　The plaintiffs move to voluntarily dismiss all of their remaining claims against defendant Robert Telles. ECF No. 55.  Telles did not respond to this motion and filed a motion to dismiss the plaintiffs' amended complaint. ECF No. 59.  Defendant Clark County filed a notice that it did not oppose the plaintiffs' motion. ECF No. 65.  Consequently, I grant the plaintiffs' unopposed motion to voluntarily dismiss their claims against Telles and deny Telles' motion to dismiss as moot.

　　I THEREFORE ORDER that the plaintiffs' motion to voluntarily dismiss **(ECF No. 55) is GRANTED**.  The plaintiffs' remaining claims against defendant Robert Telles are dismissed with prejudice.  The plaintiffs' claims against defendant Clark County and Robert Telles' counterclaims against the plaintiffs remain pending.

　　I FURTHER ORDER that defendant Robert Telles' motion to dismiss **(ECF No. 59) is DENIED as moot**.

　　DATED this 2nd day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE