UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA COLEMAN, et al., <br><br> Plaintiffs <br><br> v. <br><br> ROBERT TELLES, et al. <br><br> Defendants | Case No.: 2:24-cv-00930-APG-MDC <br><br> **Order Granting Unopposed Motion to Extend Time** <br><br> [ECF No. 60] |

Robert Telles moves for an extension of the deadline to respond to the plaintiffs' motion to dismiss Telles' counterclaims. ECF No. 60. The plaintiffs do not oppose. ECF No. 68.

I THEREFORE ORDER that Telles' motion for an extension of the deadline **(ECF No. 60) is GRANTED**. Telles' response to the plaintiffs' motion to dismiss Telles' counterclaim is due April 24, 2025.

DATED this 3rd day of April, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE