ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
CRISTINA A. PHIPPS, ESQ. (#16440)
CORY M. FORD, ESQ. (#15042)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
cristina@lagomarsinolaw.com

JULIE RAYE, ESQ. (#10967)
8350 W. Sahara Ave., Suite 110
Las Vegas, Nevada 89117
Telephone: (702) 478-7600
Facsimile: (702) 366-1653
julie@thegracelawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA COLEMAN, an individual; ALEISHA GOODWIN, an individual; NORAINE PAGDANGANAN, an individual; and RITA REID, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT TELLES, an individual; and CLARK COUNTY, a political subdivision of the State of Nevada;<br><br>Defendants.<br>AND ALL RELATED CLAIMS. | CASE NO: 2:24-CV-00930-APG-MDC<br><br><br>**STIPULATION AND ORDER COMPELLING RELEASE OF MEDICAL AND BILLING RECORDS FOR PLAINTIFF JESSICA COLEMAN** |

The parties, by and through their respective undersigned counsel of record, hereby stipulate and agree to the following:

. . .

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065

**I.    FACTUAL BACKGROUND**

Plaintiff Jessica Coleman has been receiving mental health services from Calm Gardens Therapy, located at 7310 Smoke Ranch Road, Las Vegas, NV 89128, since March 2024. Plaintiff executed a valid authorization requesting the release of her medical and billing records to her counsel for the purposes of discovery. Plaintiff's provider and Clinical Director, Leah Gardner LCPC, has declined to release said records absent a court order, despite Plaintiff's written and verbal requests. The records sought are directly relevant to Plaintiff's claims in this matter, and are necessary to properly evaluate damages, treatment history, and costs incurred.

**II.    LEGAL ARGUMENT AND POINTS OF AUTHORITIES**

**A.    The Requested Records Are Relevant And Discoverable**

Under Rule FRCP 26(b)(1), parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense. The threshold for relevance is broad, and information need not be admissible at trial to be discoverable.

Medical and billing records directly concerning Plaintiff's treatment are plainly relevant to issues of causation, damages, and credibility. Courts routinely compel production of such records when a patient's condition is at issue in litigation.

**B.    Plaintiff Authorized The Release Of The Records**

Plaintiff Coleman executed a written authorization permitting the release of her records to her counsel. The HIPAA expressly allows disclosure of protected health information where the patient has authorized such disclosure (45 C.F.R. § 164.508). Calm Gardens Therapy refuses to comply absent a court order.

…

…

…

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065

**C.    A Court Order is appropriate to enforce discovery and endure compliance**

Where a non-party refuses production absent a judicial directive, pursuant to FRCP 37(a), courts have authority to issue an order compelling production. The provider's refusal, despite authorization, creates an unnecessary barrier to discovery that this Court has authority to remedy.

**III.    CONCLUSION**

For the foregoing reasons, the Parties respectfully request that this Court issue an order compelling Calm Gardens Therapy, its custodian of records, and/or any authorized representative, to produce all medical and billing records of Jessica Coleman (DOB: 06/28/1974) for the period March 2024 to the present, as well as any future dates of service, within fourteen (14) days of service of the Court's order.

**IT IS SO STIPULATED AND AGREED.**

DATED this 3rd day of October, 2025.          DATED this 3rd day of October, 2025.

**LAGOMARSINO LAW**                             **MARQUIS AURBACH**

/s/ *Taylor N. Jorgensen*                       /s/ *Tabetha J. Steinberg*
ANDRE M. LAGOMARSINO, ESQ. (#6711)              NICK D. CROSBY, ESQ. (#8996)
TAYLOR N. JORGENSEN, ESQ. (#16259)              TABETHA J. STEINBERG, ESQ. (#16756)
3005 W. Horizon Ridge Pkwy., #241               10001 Park Run Drive
Henderson, Nevada 89052                         Las Vegas, Nevada 89145
Telephone: (702) 383-2864                       Telephone: (702) 382-0711
Facsimile: (702) 383-0065                       Facsimile: (702) 382-5816
*Attorneys for Plaintiffs*                      *Attorneys for Defendant Clark County*

DATED this 3rd day of October, 2025.

**ROBERT TELLES**

/s/*Robert Telles*
Offender ID No. 1290264
Ely State Prison
P.O. Box 1989
4569 North State Route 490
Ely, NV 89301
*Pro Se*

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065

## ORDER

**IT IS SO ORDERED.**

**IT IS HEREBY ORDERED** that Calm Gardens Therapy, its custodian of records, and/or any authorized representative shall release to Plaintiff Jessica Coleman's counsel all medical and billing records of Jessica Coleman (DOB: 06/28/1974) from March 2024 to the present, within fourteen (14) days of service of this Order.

**IT IS FURTHER ORDERED** that Calm Gardens Therapy shall also release to Plaintiff's counsel, on an ongoing basis, copies of all future medical and billing records for Jessica Coleman generated during the course of her continuing treatment, until such treatment concludes or until further order of this Court.

**IT IS FURTHER ORDERED** that such production may be made directly to Plaintiff's counsel of record at:

Lagomarsino Law
3005 W. Horizon Ridge Pkwy. #241
Henderson, NV 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2025_____

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone: (702) 383-2864    Facsimile: (702) 383-0065

Page 4 of 4