UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA COLEMAN, et al., | Case No.: 2:24-cv-00930-APG-MDC |
| Plaintiffs | **Order Affirming Magistrate Judge's Order Denying Motion to Amend** |
| v. | [ECF Nos. 118, 119] |
| ROBERT TELLES, et al., | |
| Defendants | |
| AND ALL RELATED CLAIMS | |

Robert Telles filed a motion to amend, requesting to add Kimberly McMahon as a counter-defendant to his civil conspiracy counterclaim against Aleisha Goodwin and Rita Reid. ECF No. 93. Magistrate Judge Couvillier denied that motion. ECF No. 118. Telles objects to that order. ECF No. 119. I have reviewed the objection, Judge Couvillier's Order, and the underlying papers. Judge Couvillier's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I agree with Judge Couvillier that the proposed amendment would be futile because Telles failed to plausibly allege an agreement between McMahon and the other alleged conspirators: Goodwin and Reid. ECF No. 118 at 4; *see also Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556 (2007) (a claim must state "plausible grounds to infer an agreement" by raising enough facts, taken as true, "to raise a reasonable expectation that discovery will reveal evidence of illegal agreement"); *On Demand Direct Response, LLC v. McCart-Pollack*, No. 2:15-CV-01576-MMD-VCF, 2016 WL 5796858, at *3 (D. Nev. Sept. 30, 2016) (holding that the counter-claimant failed to allege with sufficient specificity that there was an agreement between the alleged conspirators). Telles does not allege whether the meeting where Goodwin and Reid

convinced McMahon to corroborate their false assertions occurred before or after Detective Jappe interviewed McMahon or how Detective Jappe knew to interview McMahon in the first place. Telles' allegations of "parallel conduct" among the three alleged conspirators making false bribery allegations gets "close to stating a claim, but without some further factual enhancement it stops short of the line between possibility and plausibility of entitlement to relief." *Bell Atl. Corp.*, 550 U.S. at 557 (simplified). Judge Couvillier dismissed Telles' motion to amend his civil conspiracy counterclaim without prejudice, so if Telles has a factual basis to correct the deficiencies identified in Judge Couvillier's Order, he may file a new motion to amend doing so.[1]

I THEREFORE ORDER that Magistrate Judge Couvillier's Order **(ECF No. 118) is affirmed**, and Telles' objection **(ECF No. 119) is denied**.

DATED this 27th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] If Telles files this motion, it should also address any amendment he wishes to make based on my order dismissing some of his counterclaims. ECF No. 127.

2