**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jessica Coleman, *et al.*,

          Plaintiffs,

vs.

Robert Telles, *et al.*,

          Defendants.

Case No. 2:24-cv-00930-APG-MDC

**ORDER RE: PRE-TRIAL DEADLINES MOTIONS (ECF NOS. 135, 138, 145, 146, 148 150)**

The Court has reviewed several motions and related filings regarding the pre-trial deadlines established in the Court's 10/14/2025 Order (ECF No. 125). *See ECF Nos. 135*, *137*, *138*, *140*, *141*, *142*, *145*, *146*, *148*, *150*, *152*, *153*, *154*, *156*, *157*, *158*, *159*. Plaintiffs and defendant Clark County filed two joint motions to extend all pre-trial deadlines except for the deadline to amend pleadings and add parties. *ECF Nos. 135*, *145*. Defendant and counter-claimant Robert Telles ("Telles") filed three countermotions seeking to extend all pre-trial deadlines including the deadline to amend pleadings and add parties. *ECF Nos. 138*, *148*, *150*. He filed one *Countermotion to Extend Time* ("first Countermotion") (ECF No. 138) in response to the first *Joint Motion to Extend Time* ("first Joint Extend Motion") (ECF No. 135) and two countermotions to extend time (ECF Nos. 148, 150) in response to the second *Joint Motion to Extend Time* ("second Joint Extend Motion") (ECF No. 145). He also filed a *Motion for Leave to File Document* to *File Supplemental Briefing* ("Leave Motion") (ECF No. 146) regarding his first Countermotion.

Given that parties filed subsequent motions regarding the pre-trial deadlines, the Court **DENIES** the first Joint Extend Motion (ECF No. 135), first Countermotion (ECF No. 138), Leave Motion (ECF No. 146), and second *Countermotion to Extend Time* (ECF No. 148) as moot. The Court also **GRANTS** in part and **DENIES** in part the second Joint Extend Motion (ECF No. 145), and third *Countermotion to Extend Time* (ECF No. 150) as follows.

District courts have broad authority to permit or deny discovery and in supervising the pre-trial phase of litigation. *See Hallett v. Morgan*, 296 F.3d 732, 751 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir.1992) (citations and quotations omitted). Under the circumstances, all parties have shown good cause to extend pre-trial deadlines at this time. *See ECF Nos. 145*, *150*. Telles, who is incarcerated and represents that he has had difficulty in being able to review documents in this case, has also shown excusable neglect to extend the amend pleading and add parties deadline. *See ECF No. 150*. Therefore, the Court extend the pre-trial deadlines as follows:

Discovery Cut off:    June 1, 2026

Deadline to Amend:   February 25, 2026

Initial Experts:    April 1, 2026

Rebuttal Experts:   May 1, 2026

Dispositive Motions:  July 1, 2026

Pre-trial order:    August 3, 2026.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The first *Joint Motion to Extend Time* (ECF No. 135), first *Countermotion to Extend Time* (ECF No. 138), *Motion for Leave to File Document* to *File Supplemental Briefin*g (ECF No. 146), and second *Countermotion to Extend Time* (ECF No. 148) are **DENIED** as moot.

2. The second *Joint Motion to Extend Time* (ECF No. 145), and third *Countermotion to Extend Time* (ECF No. 150) are **GRANTED** in part and **DENIED** in part. The new pre-trial deadlines are set as stated in this Order.

DATED: March 11, 2026.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

2