**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Tabetha J. Nakagawa, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
tnakagawa@maclaw.com
  Attorneys for Defendant Clark County

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA COLEMAN, an individual; ALEISHA GOODWIN, an individual; NORAINE PAGDANGANAN, an individual; and RITA REID, an individual, | Case No.:     2:24-cv-00930-APG-MDC |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CLARK COUNTY WITH PREJUDICE** |
| ROBERT TELLES, an individual; and CLARK COUNTY, a political subdivision of the State of Nevada, | |
| Defendants. | |
| ROBERT TELLES, an individual; | |
| Counterclaimant, | |
| vs. | |
| JESSICA COLEMAN, an individual; ALEISHA GOODWIN, an individual; and RITA REID, an individual; and KIMBERLY MCMAHON, an individual, | |
| Counter-Defendants. | |

Plaintiffs Jessica Coleman ("Coleman"), Aleisha Goodwin ("Goodwin"), and Rita Reid ("Reid") (collectively "Plaintiffs") and Defendant Clark County (hereinafter "County" or "Clark County") by and through their respective counsel of record, hereby stipulate and agree to the following:

Page 1 of 3

MAC: 15090-019 (#6358879.1) 4/27/2026 1:28 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS STIPULATED that Plaintiffs hereby dismiss, with prejudice, all claims and causes of action, to include those asserted in the Plaintiffs' Amended Complaint [ECF No. 50] filed by Plaintiffs on February 26, 2025, against Clark County.

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs and Clark County will bear their own costs and attorneys' fees incurred in relation to the proceedings before this Court.

IT IS SO STIPULATED.

DATED this 24th day of April, 2026

LAGOMARSINO LAW


By:  ___/s/ Taylor N. Jorgensen___
Andre M. Lagomarsino, Esq.
Nevada Bar No. 6711
Taylor N. Jorgensen, Esq.
Nevada Bar No. 16259
Cristina A. Phipps, Esq.
Nevada Bar No. 16440
3005 West Horizon Ridge Pkwy.,
Suite 241
Henderson, NV 89052

THE GRACE LAW FIRM
Julie Raye, Esq.
Nevada Bar No. 10967
625 S. Eighth Street
Las Vegas, NV 89101

Attorneys for Plaintiffs

DATED this 27th day of April, 2026

MARQUIS AURBACH


By:  ___/s/ Nick D. Crosby___
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Tabetha J. Nakagawa, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant Clark County

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 28th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Page 2 of 3

MAC: 15090-019 (#6358879.1) 4/27/2026 1:28 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816