# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jessica Coleman, *et al.*,

          Plaintiffs,

vs.

Robert Telles, *et al.*,

          Defendants.

Case No. 2:24-cv-00930-APG-MDC

**ORDER GRANTING MOTION TO REMOVE ATTORNEY (ECF NO. 195)**

The Court has reviewed the *Motion to Remove Counsel* (ECF No. 195) ("Motion"). Defendant Clark County requests to remove Tabetha J. Nakagawa, Esq. from the CM/ECF service in this matter. *ECF No. 195*. Defendant Clark County state that she is longer part of the Marquis & Aurbach ("Marquis"), the firm representing them. *See id.* The docket reflects that Marquis will continue representing defendant Clark County. *See docket*. For good cause shown, the Court grants the Motion.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The *Motion to Remove Counsel* (ECF No. 195) is **GRANTED**.

2. Tabetha J. Nakagawa, Esq. is to be removed from CM/ECF service as co-counsel for defendant Clark County in this matter.

DATED: June 10, 2026

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

1

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.