**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA COLEMAN, et al., | Case No.: 2:24-cv-00930-APG-MDC |
| Plaintiffs | **Order (1) Affirming Magistrate Judge's Orders and (2) Denying Motion for Findings and Conclusions** |
| v. | |
| ROBERT TELLES, et al., | [ECF Nos. 181, 182, 183, 185] |
| Defendants | |
| AND ALL RELATED CLAIMS | |

On April 10, 2026, Magistrate Judge Couvillier denied Robert Telles' motion to extend time. ECF No. 176.  Telles objects on the ground that Judge Couvillier is biased against him by unevenly applying his standing order regarding discovery disputes. ECF Nos. 181, 182.  I have reviewed Telles' objection, Judge Couvillier's minute order, and the underlying papers.  Judge Couvillier's order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

On April 16, 2026, Magistrate Judge Couvillier granted in part the parties' stipulation regarding a discovery dispute. ECF No. 180.  Telles objects to portions of that ruling. ECF No. 183.  I have reviewed Telles' objection, Judge Couvillier's decision, and the underlying papers.  Judge Couvillier's order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

Telles filed a motion requesting that I enter findings of fact and conclusions of law regarding my prior order (ECF No. 184) affirming an earlier decision by Magistrate Judge Couvillier. ECF No. 185.  I deny that request as unnecessary.

I THEREFORE ORDER that Magistrate Judge Couvillier's Orders (ECF Nos. 176, 180) are affirmed and Telles' objections **(ECF Nos. 181, 182, 183) are denied**.

I FURTHER ORDER that Telles' motion for findings and conclusions **(ECF No. 185) is denied.**

DATED this 2nd day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2