**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jessica Coleman, *et al.*,<br>Plaintiffs,<br>vs.<br>Robert Telles, *et al.*,<br>Defendants. | Case No. 2:24-cv-00930-APG-MDC<br><br>**ORDER DENYING IN PART AND GRANTING IN PART MOTION FOR ORDER DIRECTING COURT CLERK OR FOR LEAVE TO RESUBMIT REPLY FOR FILING (ECF NO. 225)** |

The Court has reviewed *pro se* prisoner defendant/Counterclaimant Robert Telles' ("Telles") *Motion for Order Directing Court Clerk or for Leave to Resubmit Reply for Filing* ("Motion") (ECF No. 225). The Court **DENIES** in part and **GRANTS** in part the Motion for the reasons below.

In the Motion, Telles requests that the Court direct the Clerk of Court to finalize the filing of his reply ("Reply") in support of his *Motion for Extension of Time and for Service by Alternative Means* (ECF No. 203). *ECF No. 225*. In the alternative, Telles requests for leave to file his Reply. *Id.* Telles states that he submitted to the prison library for filing his Reply on or around the deadline to file of July 20, 2026. *ECF No. 225*, *Ex. B*. The Court does not find a record of Telles' Reply being filed on the docket for this case on July 20, 2026, or any other date. Moreover, the Court does not find evidence that Telles' Reply was put into the Court's electronic filing system on July 20, 2026.

Because the Court does not have any record of Telles' Reply in the electronic filing system or with the court waiting to be filed, the Court denies in part Telles' Motion requesting to have the Clerk of Court finalize the filing of his Reply. The Court grants in part Telles' Motion requesting leave to file his Reply for good cause shown and because that request is unopposed (*see* LR 7-2(d)). Telles shall file his Reply by **September 11, 2026**.

//

//

For the foregoing reasons,

**IT IS ORDERED** that:

1. *Pro se* prisoner defendant/Counterclaimant Robert Telles' *Motion for Order Directing Court Clerk or for Leave to Resubmit Reply for Filing* (ECF No. 225) is **DENIED** in part and **GRANTED** in part. His request to have the Clerk of Court finalize the filing of his Reply is denied. His request in the alternative for leave to file his Reply is granted.
2. Defendant/Counterclaimant Robert Telles shall file his Reply in support of his *Motion for Extension of Time and for Service by Alternative Means* (ECF No. 203) by **September 11, 2026**.

DATED: August 31, 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.