# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jessica Coleman, *et al.*,

Plaintiffs,

vs.

Robert Telles, *et al.*,

Defendants.

Case No. 2:24-cv-00930-APG-MDC

**ORDER RE: STIPULATION REGARDING DISCOVERY DISPUTE (ECF NO. 212) and MOTION TO STRIKE (ECF NO. 214)**

Defendant/Counterclaimant Robert Telles ("Telles") filed a *Motion to Strike* ("Motion") (ECF No. 214) the parties' *Stipulation Regarding Discovery Dispute* ("Discovery Dispute Stipulation") (ECF No. 212). Telles argues that the Discovery Dispute Stipulation contains "substantial arguments [from counter-defendants] that were not disclosed to Telles" before he approved the filing. *ECF No. 214* at 1. Counter-defendants oppose the Motion, but note that they would not oppose Telles being able to file a supplement to make additional arguments regarding the Discovery Dispute Stipulation. *ECF No. 219*. In his Reply, Telles then states that parties are "discussing possibly… submitting an amended [Discovery Dispute Stipulation]" and withdrawing the currently filed Discovery Dispute Stipulation. *ECF No. 227* at 1. He also attaches a proposed revised position statement that he sent to counter-defendants. *ECF No. 227*, *Ex. A*.

Given the foregoing, the Court **DENIES** the parties' Discovery Dispute Stipulation (ECF No. 212) without prejudice and **DENIES** Telles' Motion (ECF No. 214) as moot.

//

//

//

//

//

For the foregoing reasons,

**IT IS ORDERED** that:

1. The parties' *Stipulation Regarding Discovery Dispute* (ECF No. 212) is **DENIED** without prejudice.
2. Defendant/Counterclaimant Robert Telles' *Motion to Strike* (ECF No. 214) is **DENIED** as moot.

DATED: September 24, 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.